**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Hong Lu (SBN 280219)
hong.lu@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Tel: (213) 250-1800

Minyao Wang (*pro hac vice* admitted)
minyao.wang@lewisbrisbois.com
7 World Trade Center
250 Greenwich Steet, 11th Floor
New York, NY 10007
Tel: (212) 232-1300

*Attorneys for Plaintiff Weijie Xu*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Weijie Xu, an individual, | CASE NO. 25-cv-02587-MRA-SSC |
| Plaintiff, | **JOINT STIPUATION ADJOURNING HEARING ON MOTION TO DISMISS BY ONE WEEK** |
| v. | |
| Ganfeng Lai, an individual, | Original Hearing Date:  May 5, 2026 |
| Jintao Jiang, an individual, and | Requested Hearing Date:  May 12, 2026 |
| Sino Fortune Group LLC, | |
| a California limited liability company, | |
| Defendants. | |

## JOINT STIPULATION

Plaintiff Weijie Xu ("Mr. Xu"), on the one hand, and Defendants Ganfeng Lai ("Mr. Lai"), Jintao Jiang ("Ms. Jiang" and together with Mr. Lai, the "Stipulating Defendants") on the other hand, hereby stipulate and agree as follows:

WHEREAS, on February 27, 2026, the Stipulating Defendants filed a motion to dismiss (the "Motion") (ECF ECF No. 84);

WHEREAS, the Court set the Motion for a hearing on May 5, 2026;

WHEREAS, undersigned counsel for Mr. Xu has advised that during the month of March he (i) experienced a family medical matter and (ii) also needed to travel internationally for business;

WHEREAS, the parties agree that it is appropriate to stipulate to a short adjournment of the hearing date to give plaintiff's counsel adequate time to oppose the Motion;

NOW, THEREFORE, the parties hereby jointly stipulate:

1.    The Hearing on the Motion is reset to May 12, 2026 or to the next available date for the Court;

**IT IS SO STIPULATED**

Dated: New York, New York
        April 8, 2026

 */s/ Minyao Wang*
Minyao Wang, Esq. (*pro hac vice* admitted)
Counsel for Plaintiff

Dated: Los Angeles, California
        April 8, 2026

 */s/ Christian Kernkamp*
Christian Kernkamp, Esq.
Counsel to Stipulating Defendants

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

2

JOINT STIPULATION