**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Weijie Xu, an individual,<br><br>               Plaintiff,<br><br>   v.<br><br>Ganfeng Lai, an individual,<br><br>Jintao Jiang, an individual, and<br><br>Sino Fortune Group LLC,<br><br>a California limited liability company,<br><br><br>           Defendants. | CASE NO. 2:25-cv-02587-MRA-SSC<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON THE MOTION TO DISMISS [90]** |

Having considered the parties' Second Joint Stipulation, and good cause appearing therefore, the Court orders as follows:

**1.** The hearing on the pending motion to dismiss (ECF No. 84) is **CONTINUED** from May 12, 2026, to **July 7, 2026, at 10:00 a.m.**

Dated: April 20, 2026

_____
HON. MÓNICA RAMÍREZ ALMADANI
Unites States District Judge

1

ORDER